UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Case No. 3:06-CV-338-S

**MARK L. and LUCY M. KERMAN**           **PLAINTIFFS**

vs.                                    **ORDER**

**CHENERY ASSOCIATES, INC., et al.**           **DEFENDANTS**

Motion having been made and the Court being otherwise sufficiently advised;

IT IS ORDERED that Plaintiffs shall have an additional 7 days, until June 30, 2010, to respond to the currently outstanding Motion to Dismiss.

July 1, 2010

ENTERED BY ORDER OF COURT:
CHARLES R. SIMPSON III, JUDGE
UNITED STATES DISTRICT COURT
   JEFFREY APPERSON, CLERK
By   Nadine C. Smith, Dep. Clerk

Tendered by:

 /s/ Donald L. Cox
Donald L. Cox
Clare Feler Cox
Lynch, Cox, Gilman & Goodman, PSC
500 West Jefferson St., Ste. 2100
Louisville, KY  40202
*Counsel for Plaintiffs*