UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

_____
)
MARK L. and LUCY M. KERMAN,        )
                                   )
        PLAINTIFFS,                )
                                   )
v.                                 )        Case No. 3:06-CV-338-S
                                   )
CHENERY ASSOCIATES, INC., *et al*, )
                                   )
        DEFENDANTS.                )
_____)

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendant HVB's Motion to Dismiss the Fourth Complaint is hereby DENIED.

Tendered by:

/s/ Clare Feler Cox_____
Clare Feler Cox
Lynch, Cox, Gilman & Mahan, P.S.C.
500 West Jefferson St., Ste. 2100
Louisville, KY  40202
Telephone:  (502) 589-4215
Facsimile:  (502) 549-4994
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2010, Plaintiffs' Response to Defendant HVB's Motion to Dismiss the Fourth Amended Complaint and its accompanying exhibits were electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Clare Feler Cox
Clare Feler Cox
Donald L. Cox
Lynch, Cox, Gilman & Goodman P.S.C.
500 W. Jefferson Street, Suite 2100
Louisville, Kentucky 40202
Telephone: (502) 589-4215
Facsimile: (502) 589-4994