UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| MARK L. AND LUCY M. KERMAN ) | |
| ) | C. A. No. 3:06-CV-00338-CRS-JDM |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| CHENERY ASSOCIATES, INC., CHENERY ) | |
| MANAGEMENT, INC., SUSSEX FINANCIAL ) | |
| ENTERPRISES, INC., ROY HAHN, ) | |
| BAYERISCHE HYPO-UND VEREINSBANK ) | |
| AND HVB U.S. FINANCE, INC. F/K/A HVB ) | |
| STRUCTURED FINANCE, INC. ) | |
| ) | |
| DEFENDANTS ) | |

**AGREED ORDER**

\* \* \* \* \*

Come the Plaintiffs, Mark and Lucy M. Kerman, and Defendants, Bayerische Hypo-und Vereinsbank and HVB Structured Finance, Inc. (now known as HVB U.S. Finance, Inc.) (collectively "HVB Defendants"), each by counsel, and herewith agree that HVB Defendants shall have up to and including July 26, 2010 to file a Reply in Further Support of their Motion to Dismiss Plaintiffs' Fourth Amended Complaint. HVB Defendants shall file their Reply by 11:59 p.m. (EDT) on July 26, 2010.

**HAVE SEEN AND AGREED TO:**


*/s/ Clara Feler Cox (w/permission)*
Clare Feler Cox
Lynch, Cox, Gilman & Goodman, P.S.C.
500 West Jefferson Street
Suite 2100
Louisville, Kentucky  40202
**Counsel for Plaintiff**


*/s/ Raymond G. Smith*
Raymond G. Smith
Boehl Stopher & Graves LLP
AEGON Center, Suite 2300
400 West Market Street
Louisville, Kentucky  40202
          -and-
Trevor J. Welch, *Pro Hac Vice*
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York  10019
**Counsel for Defendants**


299137.1